

# Court of Appeals
# Fifth District of Texas at Dallas

## MANDATE

**TO THE 101ST JUDICIAL DISTRICT COURT OF DALLAS COUNTY, GREETINGS:**

Before the Court of Appeals for the Fifth District of Texas, on the 27th day of August, 2015, the cause on appeal to revise or reverse the judgment between

KELLY BROOME, Appellant

No. 05-15-00697-CV      V.

TUCKER ALBIN AND ASSOCIATES, INC., Appellee

On Appeal from the 101st Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-00672.
Opinion delivered by Justice Myers, Justices Fillmore and Evans participating.

was determined; and this Court made its order in these words:

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. We **ORDER** that each party bear its own costs of this appeal.

**WHEREFORE, WE COMMAND YOU** to observe the order of the Court of Appeals for the Fifth District of Texas, in this behalf, and have it duly obeyed and executed.

**WITNESS** the HON. CAROLYN WRIGHT, Chief Justice of the Court of Appeals, with the Seal thereof affixed, at the City of Dallas, this 6th day of November, 2015.



_____
LISA MATZ, Clerk